IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

DIANA JUDITH BURGOS REY

XXX-XX-6349

Debtor(s)

CASE NO. 12-05441 EAG

Chapter 13

**FILED & ENTERED ON 4/24/2014**

ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #44), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 24 day of April, 2014.

Edward A Godoy
U. S. Bankruptcy Judge

C: All creditors
F/up